The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF WASHINGTON
9                          AT SEATTLE

10

11  ERICK ORLANDO PEREZ-PEREZ,              CASE NO.  C20-945RSL

12                          Petitioner,     **ORDER GRANTING MOTION
                                            TO SET BRIEFING SCHEDULE**
13          v.

14

15  UNITED STATES OF AMERICA,

16                          Respondent.

17

18

19          Having considered the parties' Stipulation Concerning Briefing Schedule regarding

20  Defendant's pending 2255 motion, the Court ORDERS:

21          1.      The United States shall file a response to the motion on or before September

22                  10, 2020.

23          2.      Any reply brief will be filed on or before September 24, 2020

24          3.      The matter shall be re-noted for September 25, 2020.

25  //

26  //

27  //

28  //

Order Setting Briefing Schedule
*Perez-Perez v. U.S.,* C20-945RSL - 1

DATED this  26th  day of August, 2020.

_____
THE HON. ROBERT S. LASNIK
United States District Court Judge

Prepared by:

*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

*/s/ Casey Tamm*
CASEY STAMM
Attorney for Petitioner

Order Setting Briefing Schedule
*Perez-Perez v. U.S.,* C20-945RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970